THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Renee McDuffie
 Holland, Respondent,
 v.
 Wells McManus
 Holland, Appellant.
 
 
 

Appeal From Aiken County
 Henry T. Woods, Family Court Judge
Unpublished Opinion No.  2008-UP-277
Submitted May 1, 2008  Filed May 27, 2008 
AFFIRMED

 
 
 
 Wells McManus Holland, of Wagener, pro se.
 Charles D. Lee, III, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Wells Holland appeals the family courts grant of a
 divorce to Renee Holland on the grounds of one year separation, sole custody of
 their children, and periodic alimony and child support of $750.00 and $675.00 a
 month, respectively.  We affirm pursuant to Rule 220(b)(2), SCACR, and the
 following authorities:  11 U.S.C.A. §1301 (2004) (stating a creditor may not
 act or commence any civil action to collect debt of the debtor, unless the case
 is dismissed); Nelson vs. QHG of S.C., Inc., 362 S.C. 421, 608 S.E.2d
 855 (2005) (finding the remedy for inadequate representation is a malpractice
 action against the former attorney); and Floyd v. Floyd, 365 S.C. 56,
 615 S.E.2d 465 (Ct. App. 2005) (holding an issue cannot be raised for the first
 time on appeal, but must have been raised to and ruled upon by the trial court
 in order to be preserved for appellate review). 
Accordingly,
 the family courts order is
AFFIRMED.[1]
HEARN, C.J., and SHORT, J., and KONDUROS, J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.